R. H. MACY & CO., INC. v. UNITED STATES

No. 7188.—Invoice dated Madras, India, December 31, 1945.
Certified January 2, 1946.
Entered at New York, N. Y., February 5, 1946.
Entry No. 737621/1.

(Decided April 16, 1947)

John R. Rafter for the plaintiff.
Paul P. Rao, Assistant Attorney General, for the defendant.

COLE, Judge: This appeal for reappraisement concerns the dutiable value of woolen druggets exported from Madras, India, and entered at the port of New York.

An agreed set of facts, submitting the case, establishes export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for appraisement of the instant merchandise, and that such statutory value is the appraised value.

Judgment will be rendered accordingly.

PENSON & CO. v. UNITED STATES

No. 7189.—Invoices dated Westbury, Leigh, England, May 1945, etc.
Certified May 1945, etc.
Entered at New York, N. Y., July 6, 1945, etc.
Entry No. 700185, etc.

(Decided April 16, 1947)

Jeremiah C. Lazar for the plaintiff.
Paul P. Rao, Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.